IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND,
LABOR MANAGEMENT COOPERATION TRUST
FUND and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,

                                                                                      ORDER

                Plaintiffs,

                                                                                     09-cv-542-bbc

   v.

SLP BUILDERS, INC., and
LAMONTE N. JOHNSTON,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Counsel in this case have advised the court that defendant Lamonte N. Johnston has filed for bankruptcy.

1

Because the proceedings in bankruptcy may dispose of this entire case, IT IS ORDERED that the case is DISMISSED without prejudice, subject to the condition that this order of dismissal shall be vacated in the event that the bankruptcy proceeding is terminated without disposing of the rights of the parties in this case, or a timely request is made by either party that this order to dismiss without prejudice be vacated, or for any other reason necessary to prevent manifest injustice. In the event that this order of dismissal is vacated, the parties shall have all such rights as if this case had not been dismissed.

Entered this 12th day of October, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge