UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' APPRENTICESHIP &
JOURNEYMAN TRAINING FUND, LABOR MANAGEMENT
COOPERATION TRUST FUND, and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

       Plaintiffs,

vs.            Case No. 09-C-542

SLP BUILDERS, INC. and
LAMONTE N. JOHNSTON,

       Defendants.

### ORDER GRANTING PLAINTIFFS' REQUEST TO VACATE, IN PART, ORDER FOR DISMISSAL

Based upon the Plaintiffs' Request to Vacate, In Part, Order for Dismissal, the Court hereby ORDERS:

1. The Court's Order dismissing the Plaintiffs' cause(s) of action against Defendant SLP Builders, Inc. is hereby VACATED.

2. The Plaintiffs' cause(s) of action against Defendant SLP Builders, Inc. may proceed in accordance with the status conference held before Magistrate Judge

Stephen L. Crocker on October 13, 2009.

3. The Court's Order dismissing, without prejudice, the Plaintiffs' cause(s) of action against Defendant Lamonte N. Johnston remains in effect.

IT IS SO ORDERED.

*Barbara B. Crabb*
United States District Court Judge
Western District of Wisconsin

October 23, 2009