IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' HEALTH FUND,
NORTH CENTRAL STTES REGIONAL
COUNCIL OF CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' APPRENTICESHIP
& JOURNEYMAN TRAINING FUND, LABOR      Case No. 09-cv-542
MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY,

CONTRACT ADMINISTRATION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,

        Plaintiffs,

v.

SLP BUILDERS, INC. and
LAMONTE N. JOHNSTON,

        Defendants.

---

### ENTRY OF DEFAULT

Plaintiffs request that I enter default against defendant SLP Builders, Inc., pursuant to Federal Rule of Civil Procedure 55(a). It appears from the record that defendant SLP Builders, Inc. has appeared and answered. Therefore, default under Federal Rule of Civil Procedure 55(a) is inappropriate.

Plaintiffs request to enter the default of defendant SLP Builders, Inc. pursuant to Federal Rule of Civil Procedure 55(a) is denied.

Dated this 1st day of March, 2010.

                                          _/s/ Peter Oppeneer_
                                          PETER OPPENEER
                                          Clerk of Court