

*Attn: Kathi Thompson*

# Northern Wisconsin Regional Council of Carpenters

## COMMERCIAL CARPENTERS AGREEMENT

### LETTER OF ASSENT

The undersigned hereby adopts the 2002 - 2008 Commercial Carpenters, Agreement, covering Adams, Ashland, Barron, Bayfield – (Part), Brown, Buffalo, Burnett - (Part), Calumet, Chippewa, Clark, Columbia, Crawford, Dane, Dodge, Door, Dunn, Eau Claire, Florence - (Part), Fond du Lac, Forest, Grant, Green, Green Lake, Iowa, Iron, Jackson, Jefferson, Juneau, Kewaunee, La Crosse, Lafayette, Lang lade, Lincoln, Manitowoc, Marathon, Marinette - (Part), Marquette, Menominee, Monroe, Oconto, Oneida, Outagamie, Pepin, Pierce - (Part), Polk - (Part), Portage, Price, Richland, Rock, Rusk, Sauk, Sawyer, Shawano, Sheboygan, St. Croix - (Part), Taylor Tempealeau, Vernon, Vilas, Walworth, Washburn, Waupaca, Waushara, Winnebago, Wood Counties, (Note: the Floor Coverers, Millwrights and Pile Drivers are included under this Agreement), between the Wisconsin Chapter, The Associated General Contractors of America, Inc., and the Northern Wisconsin Regional Council of Carpenters of the United Brotherhood of Carpenters & Joiners of America, and agrees to be bound by all the terms and conditions of said Agreement as if it were set forth herein.

This Agreement and all conditions contained herein shall become effective May 26, 2002.

It is agreed to between the parties that at such time as a printed copy of the above mentioned Labor Agreement is available, the undersigned shall sign said Agreement.

Dated this __3rd__ day of __Sept__ , 2002

| UNION | EMPLOYER |
|---|---|
| Northern Wisconsin Regional Council of Carpenters of the United Brotherhood of Carpenters and Joiners of America N2216 Bodde Road Kaukauna, WI 54130 | SLP Builders Print Employer Name |
| | S12 985 Ski Road LP #39 Print Employer Address |
| | Spring Green WI |
| By: *Tom Benish* Signature of Representative | By: _____ Signature of Contractor Representative |
| By: *Tom Borders* Print Name of Representative | By: LAMONTE JOHNSTON Print Name of Contractor Representative |
| TITLE: *Bus Rep* | TITLE: Contractor Rep |

EXHIBIT
B
tabbies

...NESS WHEREOF, the parties have executed this Memorandum of Agreement this __3 rd__ day of __Sept__ , __2002__ .

H 109011

| | |
|---|---|
| **NORTHERN WISCONSIN**<br>**REGIONAL COUNCIL OF CARPENTERS**<br>*Regional Council Name* | *SLP Builders Inc*<br>*Print Name of Contractor* |
| BY  *Tom Benish*<br>*Signature of Business Representative* | BY *LaMonte*<br>*Signature of Contractor Representative* |
| *Tom Benish*<br>*PRINT Name of Business Representative* | *LaMonte N. Johnston*<br>*PRINT Name of Contractor Representative* |
| N2216 Bodde Rd<br>*Address of Union* | *S13985 Shiffles Rd #39*<br>*Address of Contractor* |
| Kaukauna WI 54130<br>*City / State / Zip Code* | *Spring Green Wi  55588*<br>*City / State / Zip Code* |
| 920-996-2300<br>*Telephone Number* | *608   588  7774*<br>*Telephone Number* |
| 920-996-2307<br>*Fax Number* | *Fax Number* |

*Hasting Mutual*
*Worker's Compensation Number*

*Applied for*
*Unemployment Compensation Number*

*Bonding Company*          *Bonding Number*

### Master Agreement 2002 – 2008

Northern Wisconsin Regional Council of Carpenters
of the United Brotherhood of Carpenters & Joiners of America
And
Associated General Contractors of Wisconsin, Inc

New

L