IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS'
HEALTH FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS'
APPRENTICESHIP & JOURNEYMAN
TRAINING FUND, LABOR
MANAGEMENT COOPERATION TRUST
FUND, BRIAN GENTRY, CONTRACT
ADMINISTRATION FUND, NORTH
CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS,

JUDGMENT IN A CIVIL CASE

Case No.: 09-cv-542-wmc

Plaintiffs,

v.

SLP BUILDERS, INC.

Defendant.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered granting plaintiffs' motion for summary judgment on their claim that defendant SLP Builders, Inc. violated 515 of ERISA, 29 U.S.C. § 1145 and awarding plaintiffs damages in the amount of $49,546.99 together with attorney fees and costs of $4,406.25.

_____        9/17/10
Peter Oppeneer, Clerk of Court          Date